UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DELFON BLAIR,
Plaintiff,

vs.

WARREN COUNTY JAIL,
Defendant.

Case No. 1:13-cv-178

Dlott, J.
Litkovitz, M.J.

ORDER

On March 18, 2013, plaintiff, a former inmate at the Lebanon Correctional Institution, submitted a motion for leave to proceed *in forma pauperis* in this prisoner civil rights action. (Doc. 1). On April 17, 2013, the Court denied his motion, finding that pursuant to 28 U.S.C. § 1915, "[p]laintiff may not proceed *in forma pauperis* in this civil action because three prior complaints filed by plaintiff with this Court have been dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted." (Doc. 13, p. 2). Plaintiff was ordered to pay the full $350 filing fee within thirty (30) days of the Court's April 17, 2013 Order. *Id.* at 3.

Plaintiff filed a Motion for an Extension of Time (Doc. 18), which the Court granted on July 12, 2013. (Doc. 20). Plaintiff was granted an additional thirty days to pay the filing fee. *Id.* Plaintiff was also advised that "his failure to pay the full filing fee within thirty days will result in the dismissal of his action." *Id.* at 2. To date, more than thirty days after the Court's July 12, 2013 Order, plaintiff has failed to pay the filing fee in this matter.

"District courts have the inherent power to sua sponte dismiss civil actions for want of prosecution to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash* R.R., 370 U.S. 626, 630-631 (1962). *See also Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991). Failure of a party to respond to an order of the court warrants

invocation of the Court's inherent power. *See* Fed. R. Civ. P. 41(b). Accordingly, because plaintiff has failed to comply with the Order issued on July 12, 2013, plaintiff's case is hereby **DISMISSED** for lack of prosecution.

**IT IS SO ORDERED**.

Date: 8/22/13

Susan J. Dlott, Chief Judge
United States District Court